## Bausinger, Appellant, *v.* Heichel.

Argued September 13, 1971. *Martin M. Fine,* with him *Fine, Eisenbeis & Felix,* for appellant; *John P. Campana,* with him *Campana & Campana,* for appellees.

Order affirmed.

## Brody *v.* Brody, Appellant.

Argued September 21, 1971. *I. Raymond Kremer,* with him *Gilbert I. Yaros,* and *Kremer, Krimsky & Luterman,* for appellant; *Herbert A. Fogel,* with him *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

Order affirmed.

## Burak, Appellant, *v.* Philadelphia Inquirer.

Argued September 21, 1971. *Marvin Burak,* appellant, in propria persona; *David H. Marion,* with him *Harold E. Kohn,* for appellee.

Order affirmed.